v.

**Ronald K. REPLOGLE, Timothy Lohmar, and The St. Charles County Sheriff's Department, a/k/a The St. Charles Police Department, Respondents.**

**No. ED 103482**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 21, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 1, 2016.

Application for Transfer Denied
Nov. 1, 2016

The Rubin Law Firm, LLC, Joseph S. Rubin, 302 Jefferson Street, St. Charles, MO 63301, for Appellant.

Chris Koster, Attorney General, Jeremiah J. Morgan, Deputy Solicitor General, P.O. Box 899, Jefferson City, MO 65102–

0899, Robert E. Hoeynck, Assistant County Counselor, 100 North Third Street, Suite 216, St. Charles, MO 63301, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

#### PER CURIAM

K.J. appeals from the trial court's grant of summary judgment in favor of Ronald K. Replogle, Timothy Lohmar, and the St. Charles Sheriff's Department a/k/a the St. Charles Police Department on K.J.'s Petition for Declaratory Judgment. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. The decision and order of the Commission is supported by competent and substantial evidence on the whole record. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).